# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| JONES III, JOHN E. | US COURT-MIDDLE DISTRICT OF PA | 05/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

228 WALNUT STREET
HARRISBURG, PA 17108

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | TRUSTEE - ▨ TRUST | TRUST 1 |
| 3. | TRUSTEE - ▨ TRUST | TRUST 2 |
| 4. | TRUSTEE - ▨ TRUST | TRUST 3 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | THE STATE EMPLOYEES RETIREMENT SYSTEM (PENNSYLVANIA) FORMER EMPLOYER - VESTED PENSION |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN BAR ASSN | 2/17 - 2/19 | PHOENIX, AZ | LECTURE | AIRFARE, HOTEL, AND MEALS |
| 2. | HARVARD ARBORETUM | 3/27 - 3/29 | BOSTON, MA | LECTURE | MILEAGE, HOTEL, AND MEALS |
| 3. | COMMUNITY COLLEGE OF PHILA. | 4/23 | PHILADELPHIA, PA | LECTURE | MILEAGE AND HOTEL |
| 4. | NATIONAL ALCOHOL BEVERAGE CONTROL ASSN. | 5/11 - 5/14 | PHOENIX, AZ | LECTURE | AIRFARE, HOTEL, AND MEALS |
| 5. | SOUTHERN OREGON UNIVERSITY | 10/12 - 10/15 | ASHLAND, OR | LECTURE | AIRFARE, HOTEL, MEALS, AND PARKING |

| Name of Person Reporting | Date of Report |
|---|---|
| **JONES III, JOHN E.** | 05/11/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | PENN STATE UNIVERSITY | 10/18 | HAZLETON, PA | LECTURE | MILEAGE |
| 7. | MT HOLYOKE COLLEGE | 10/24 - 10/26 | SOUTH HADLEY, MA | LECTURE | MILEAGE, HOTEL, AND MEALS |
| 8. | PENNSYLVANIA BAR INSTITUTE | 11/11 | PHILADELPHIA, PA | LECTURE | MILEAGE |

| Name of Person Reporting | Date of Report |
|---|---|
| **JONES III, JOHN E.** | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | ▢ TRUST | CASH | $13,000.00 |
| 2. | ▢ TRUST | CASH | $13,000.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▨ | A | Distribution | O | W | | | | | |
| 2. ▨ | A | Distribution | N | W | | | | | |
| 3. ▨ | A | Distribution | O | W | | | | | |
| 4. ▨ | A | Distribution | M | W | | | | | |
| 5. ▨ | A | Distribution | N | W | | | | | |
| 6. ▨ | A | Distribution | K | W | | | | | |
| 7. ▨ | | None | J | W | | | | | |
| 8. ▨ | A | Distribution | M | W | | | | | |
| 9. NATIONWIDE-ANNUITY | A | Interest | J | T | | | | | |
| 10. UNION BANK & TRUST CO.-CHECKING | A | Interest | K | T | | | | | |
| 11. QUALITY VENDING INC-50% INTEREST | D | Distribution | L | W | | | | | |
| 12. LOAN RECEIVABLE-PHOENIX CONTRACTING | C | Interest | M | T | | | | | |
| 13. PENN NATIONAL GAMING - COMMON STOCK | | None | J | T | Sold (part) | 5/3/2011 | J | B | |
| 14. CHEVRON - CVX COMMON STOCK-IRA | B | Dividend | J | T | | | | | |
| 15. HPQ COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 16. XOM COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 17. GE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. HON COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 19. KMB COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 20. MRK COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 21. MMM COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 22. PEP COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 23. PFE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 24. UNION BANCORP INC - IRA | | None | | | Sold | 1/10/11 | J | | |
| 25. NATIONWIDE MUTUAL FUND CLASS A | A | Dividend | | | Sold | 4/19/11 | J | | |
| 26. SIRIUS SATELLITE RADIO - COMMON STOCK | | None | J | T | | | | | |
| 27. FIDELITY BLUE CHIP VALUE FUND - MUTUAL FUND - FBCVX | A | Dividend | J | T | | | | | |
| 28. VANGUARD PA LONG TERM TAX EX - MUTUAL FUND | A | Dividend | | | Sold | 1/12/11 | J | | |
| 29. FIDELITY REAL ESTATE INCOME FUND - MUTUAL FUND - FRIFX | A | Dividend | J | T | | | | | |
| 30. FIDELITY INVESTMENT - M/M FUND | A | Dividend | J | T | | | | | |
| 31. AFLAC INC - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 32. HOME DEPOT INC - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 33. VERIZON - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 34. FNB DAILY FUND - IRA | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. APPLE COMPUTER - COMMON STOCK | | None | J | T | Sold (part) | 2/28/11 | J | D | |
| 36. GLD - COMMON STOCK | | None | | | Sold | 01/10/11 | J | B | |
| 37. FEDERATED TOTAL RETURN BD MUTUAL FUND - IRA - FTRBX | B | Dividend | K | T | | | | | |
| 38. TARGET CORP - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 39. WELLS FARGO & CO - COMMON STOCK - IRA - WFC | A | Dividend | J | T | | | | | |
| 40. UNITED PARCEL SERVICE CL B - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 41. APPLIED MATERIALS - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 42. INTEL CORP - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 43. MICROSOFT CORP - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 44. DODGE & COX STOCK FUND - MUTUAL FUND - IRA | B | Dividend | L | T | | | | | |
| 45. FIDELITY FUND (FFIDX) - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 46. CITIGROUP - IRA | | None | J | T | | | | | |
| 47. FEDERATED STRATEGIC VALUE FUND #662 - IRA | A | Dividend | K | T | | | | | |
| 48. OAKMARK INT'L #109 - IRA | A | Dividend | J | T | | | | | |
| 49. HARBOR INT'L FUND #11 - IRA | A | Dividend | K | T | | | | | |
| 50. LIBERTY GLOBAL INC | | None | J | T | | | | | |
| 51. S&P MID CAP 400 - MDY | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ORRSTOWN FINANCIAL SERVICES | | None | J | T | | | | | |
| 53. SUSQUEHANNA BANK (SUSQ) | A | Dividend | J | T | | | | | |
| 54. AMERICAN CENTURY MID CAP VALUE - ACMVX | A | Dividend | J | T | | | | | |
| 55. BRIDGEWAY LARGE CAP GROWTH - BRLGX | A | Dividend | J | T | | | | | |
| 56. FIDELITY BALANCED FBALX | A | Dividend | J | T | | | | | |
| 57. VANGUARD US VALUE VUVLX | A | Dividend | J | T | | | | | |
| 58. WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 59. PHOENIX CONTRACTING - BUSINESS | | None | J | W | | | | | |
| 60. IPI COMMON STOCK | | None | | | Sold | 4/7/11 | J | A | |
| 61. MFN COMMON STOCK | | None | | | Sold | 4/6/11 | J | A | |
| 62. SUNCOR ENERGY | A | Dividend | | | Sold | 3/7/11 | J | A | |
| 63. CHESAPEAKE ENERGY CORP | | None | | | Sold | 2/8/11 | J | A | |
| 64. ALLIED NEVADA GOLD CORP | | None | | | Sold | 3/3/11 | J | A | |
| 65. EXETER RESOURCE CORP | | None | | | Sold | 2/15/11 | J | A | |
| 66. FRONTEER GOLD INC | | None | | | Sold | 2/3/11 | J | A | |
| 67. INTERNATIONAL TOWER HILL MINES | | None | | | Sold | 3/7/11 | J | A | |
| 68. SPROTT PHYSICAL GOLD TR UNITS | | None | | | Sold | 9/14/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. YAMANA GOLD INC | A | Dividend | | | Sold | 4/7/11 | J | A | |
| 70. NATIONAL FINANCIAL SERVICES - MM | A | Dividend | | | Redeemed | 9/30/11 | J | A | |
| 71. CHANGYOU COM LTD - CYOU | | None | | | Sold | 12/12/11 | J | A | |
| 72. GENERAL MOTORS CO - GM | | None | J | T | | | | | |
| 73. FIDELITY CONTRA FUND - FCNTX | A | Dividend | J | T | | | | | |
| 74. HEARTLAND VALUE PLUS - HRVIX | A | Dividend | J | T | | | | | |
| 75. TCW EMERGING MARKETS INCOME - TGINX | A | Dividend | J | T | | | | | |
| 76. FEDERATED ARMS FUND - FEUGX - IRA | A | Dividend | K | T | | | | | |
| 77. FEDERATED INST HIGH YIELD BD - FIHBX - IRA | B | Dividend | J | T | | | | | |
| 78. VANGUARD SHORT-TERM BOND INDEX - VBSSX - IRA | A | Dividend | K | T | | | | | |
| 79. VANGUARD INTER-TERM INV GRADE - VFIDX - IRA | A | Dividend | K | T | | | | | |
| 80. VANGUARD SHORT-TERM INV GRADE - VFSUX - IRA | A | Dividend | L | T | | | | | |
| 81. BARON SMALL CAP FUND - BSFIX - IRA | | None | J | T | | | | | |
| 82. COHEN & STEERS REALTY SHARES - CSRSX - IRA | A | Dividend | J | T | | | | | |
| 83. FEDERATED INTERCONTINENTAL FD - ICFIX - IRA | A | Dividend | K | T | | | | | |
| 84. GOLDMAN SACHS M/C VALUE INST - GSMCX - IRA | A | Dividend | K | T | | | | | |
| 85. PERKINS SMALL CAP VALUE - JSCOX - IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PIMCO COMMODITY TOTAL RETURN - PCRIX - IRA | A | Dividend | J | T | | | | | |
| 87. T ROWE PRICE MID CAP GWTH - RPMGX - IRA | A | Dividend | K | T | | | | | |
| 88. T ROWE PRICE EMERGING MKT ST - PRMSX - IRA | A | Dividend | J | T | | | | | |
| 89. AT&T INC - T - IRA | A | Dividend | J | T | | | | | |
| 90. ANALOG DEVICES - ADI - IRA | A | Dividend | J | T | | | | | |
| 91. AUTOMATIC DATA PROCESSING - ADP - IRA | A | Dividend | J | T | | | | | |
| 92. INTERNATIONAL BUSINESS MCHS - IBM - IRA | A | Dividend | J | T | | | | | |
| 93. PAYCHEX INC - PAYX - IRA | A | Dividend | J | T | | | | | |
| 94. QUALCOMM INC - QCOM - IRA | A | Dividend | J | T | | | | | |
| 95. VISA INC - V - IRA | A | Dividend | J | T | | | | | |
| 96. GENUINE PARTS CO - GPC - IRA | A | Dividend | J | T | | | | | |
| 97. MCDONALDS CORP - MCD - IRA | A | Dividend | J | T | | | | | |
| 98. H J HEINZ CO - HNZ - IRA | A | Dividend | J | T | | | | | |
| 99. PROCTER & GAMBLE CO - PG - IRA | A | Dividend | J | T | | | | | |
| 100. WALMART STORES INC - WMT - IRA | A | Dividend | J | T | | | | | |
| 101. CHESAPEAKE ENERGY CORP - CHK - IRA | A | Dividend | J | T | | | | | |
| 102. CONOCO PHILLIPS - COP - IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. OCCIDENTAL PETROLEUM - OXY - IRA | A | Dividend | J | T | | | | | |
| 104. TIDEWATER INC - TDW - IRA | A | Dividend | J | T | | | | | |
| 105. CHUBB CORP - CB - IRA | A | Dividend | J | T | | | | | |
| 106. FEDERATED INVS INC PA CLB - FII - IRA | A | Dividend | J | T | | | | | |
| 107. NYSE EURONEXT - NYX - IRA | A | Dividend | J | T | | | | | |
| 108. ABBOTT LABS - ABT - IRA | A | Dividend | J | T | | | | | |
| 109. BRISTOL MYERS SQUIBB - BMY - IRA | A | Dividend | J | T | | | | | |
| 110. JOHNSON AND JOHNSON - JNJ - IRA | A | Dividend | J | T | | | | | |
| 111. ELI LILLY & CO - LLY - IRA | A | Dividend | J | T | | | | | |
| 112. EMERSON ELECTRIC - EMR - IRA | A | Dividend | J | T | | | | | |
| 113. NORFOLK SOUTHERN CO - NSC - IRA | A | Dividend | | | Sold | 11/25/11 | J | B | |
| 114. DUPONT EI DE NEMOURS - DD - IRA | A | Dividend | J | T | | | | | |
| 115. FREEPORT - MCMORAN - FCX - IRA | A | Dividend | J | T | | | | | |
| 116. PPG INDUSTRIES INC - PPG - IRA | A | Dividend | J | T | | | | | |
| 117. WINDSTREAM CORP - WIN - IRA | A | Dividend | J | T | | | | | |
| 118. DOMINION RES INC VA - D - IRA | A | Dividend | J | T | | | | | |
| 119. EXELON CORP - EXC - IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SOUTHERN CO - SO - IRA | A | Dividend | J | T | | | | | |
| 121. ROYAL DUTCH SHELL - RDS - IRA | A | Dividend | J | T | | | | | |
| 122. ACCENTURE PLC IRELAND - ACN - IRA | A | Dividend | J | T | | | | | |
| 123. CNINSURE INC | | None | | | Buy | 1/31/11 | J | | |
| 124. CNINSURE INC | | None | | | Sold | 7/27/11 | J | | |
| 125. NOAH HOLDINGS - NOAH | A | Distribution | J | T | Buy | 1/31/11 | J | | |
| 126. IFM INVESTMENTS LTD ADS | | None | | | Buy | 2/2/11 | J | | |
| 127. IFM INVESTMENTS LTD ADS | | None | | | Sold | 7/27/11 | J | | |
| 128. FIRST TR VALUE LINE 100 EXCHANGE TR FD - FVL | A | Dividend | J | T | Buy | 4/4/11 | J | | |
| 129. VANGUARD INDEX FDS TOTAL STOCK - VTI | A | Dividend | J | T | Buy | 4/4/11 | J | | |
| 130. DUNKIN BRANDS GROUP INC - DNKN | A | Dividend | J | T | Buy | 9/9/11 | J | | |
| 131. BLACKROCK MUNIHOLDINGS QUALITY FD II - MUE | A | Dividend | J | T | Buy | 12/12/11 | J | | |
| 132. TARGET CORP - TGT | A | Dividend | J | T | Buy | 12/13/11 | J | | |
| 133. ADVANTAGE OIL & GAS | | None | | | Buy | 5/27/11 | J | | |
| 134. ADVANTAGE OIL & GAS | | None | | | Sold | 7/19/11 | J | | |
| 135. CHESAPEAKE ENERGY CORP | | None | | | Buy | 6/23/11 | J | | |
| 136. CHESAPEAKE ENERGY CORP | | None | | | Sold | 7/21/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  GOLD RESOURCE CORP | A | Dividend | | | Buy | 6/24/11 | J | | |
| 138.  GOLD RESOURCE CORP | A | Dividend | | | Sold | 8/4/11 | J | A | |
| 139.  GOLDCORP INC | A | Dividend | | | Buy | 9/8/11 | J | | |
| 140.  GOLDCORP INC | A | Dividend | | | Sold | 9/14/11 | J | | |
| 141.  MARKET VECTORS ETF TR JR GOLD MINES ETF | | None | | | Buy | 2/15/11 | J | | |
| 142.  MARKET VECTORS ETF TR JR GOLD MINES ETF | | None | | | Sold | 2/16/11 | J | | |
| 143.  MARKET VECTORS ETF TR JR GOLD MINES ETF | | None | | | Buy | 9/8/11 | J | | |
| 144.  MARKET VECTORS ETF TR JR GOLD MINES ETF | | None | | | Sold | 9/14/11 | J | | |
| 145.  MARKET VECTORS ETF TR JR GOLD MINES ETF | | None | | | Buy | 9/9/11 | J | | |
| 146.  MARKET VECTORS ETF TR JR GOLD MINES ETF | | None | | | Sold | 9/14/11 | J | | |
| 147.  MINEFINDERS CORP | | None | | | Buy | 6/20/11 | J | | |
| 148.  MINEFINDERS CORP | | None | | | Sold | 8/4/11 | J | A | |
| 149.  NEW GOLD INC | | None | | | Buy | 6/17/11 | J | | |
| 150.  NEW GOLD INC | | None | | | Sold | 8/4/11 | J | A | |
| 151.  NEWMONT MINING CORP HOLDING CO | A | Dividend | | | Buy | 3/9/11 | J | | |
| 152.  NEWMONT MINING CORP HOLDING CO | A | Dividend | | | Sold | 4/12/11 | J | A | |
| 153.  NEWMONT MINING CORP HOLDING CO | | None | | | Buy | 7/5/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. NEWMONT MINING CORP HOLDING CO | | None | | | Sold | 7/19/11 | J | A | |
| 155. ORMAT TECHNOLOGIES INC | | None | | | Buy | 1/4/11 | J | | |
| 156. ORMAT TECHNOLOGIES INC | | None | | | Sold | 2/6/11 | J | | |
| 157. PETROBANK ENERGY & RESOURCES | | None | | | Buy | 3/4/11 | J | | |
| 158. PETROBANK ENERGY & RESOURCES | | None | | | Sold | 8/11/11 | J | | |
| 159. PETROQUEST ENERGY INC | | None | | | Buy | 5/27/11 | J | | |
| 160. PETROQUEST ENERGY INC | | None | | | Sold | 7/29/11 | J | | |
| 161. QUICKSILVER RESOURCES INC | | None | | | Buy | 3/7/11 | J | | |
| 162. QUICKSILVER RESOURCES INC | | None | | | Sold | 4/7/11 | J | | |
| 163. QUICKSILVER RESOURCES INC | | None | | | Buy | 5/27/11 | J | | |
| 164. QUICKSILVER RESOURCES INC | | None | | | Sold | 7/18/11 | J | | |
| 165. SOUTHWESTERN ENERGY CO DELAWARE | | None | | | Buy | 2/11/11 | J | | |
| 166. SOUTHWESTERN ENERGY CO DELAWARE | | None | | | Sold | 4/25/11 | J | A | |
| 167. SOUTHWESTERN ENERGY CO DELAWARE | | None | | | Buy | 5/27/11 | J | | |
| 168. SOUTHWESTERN ENERGY CO DELAWARE | | None | | | Sold | 7/20/11 | J | A | |
| 169. SPROTT PHYSICAL GOLD TRUST UNITS | | None | | | Buy | 1/10/11 | J | | |
| 170. SPROTT PHYSICAL GOLD TRUST UNITS | | None | | | Sold | 9/14/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. SVENSK EXPORTKREDIT AKTIEBOLAGET | | None | | | Buy | 8/15/11 | J | | |
| 172. SVENSK EXPORTKREDIT AKTIEBOLAGET | | None | | | Sold | 9/14/11 | J | | |
| 173. ULTRA PETROLEUM CORP COM NPV | | None | | | Buy | 2/11/11 | J | | |
| 174. ULTRA PETROLEUM CORP COM NPV | | None | | | Sold | 7/19/11 | J | | |
| 175. URANIUM ENERGY CORP | | None | | | Buy | 1/28/11 | J | | |
| 176. URANIUM ENERGY CORP | | None | | | Sold | 8/11/11 | J | | |
| 177. USEC INC | | None | | | Buy | 1/4/11 | J | | |
| 178. USEC INC | | None | | | Sold | 8/5/11 | J | | |
| 179. YAMANA GOLD INC | | None | | | Buy | 6/21/11 | J | | |
| 180. YAMANA GOLD INC | | None | | | Sold | 8/4/11 | J | A | |
| 181. CITIGROUP FDG INC MED TERM SR (TRUST 1) | A | Interest | K | T | Buy | 12/19/11 | K | | |
| 182. BARCLAYS BANK PLC NOTE MTN (TRUST 1) | A | Interest | K | T | Buy | 7/27/11 | K | | |
| 183. MORGAN STANLEY DW DISC SRMTRIS (TRUST1) | A | Interest | J | T | Buy | 5/19/11 | J | | |
| 184. SUNTRUST BANK ATLANTA CD INDEX ZERO (TRUST 1) | A | Interest | K | T | Buy | 6/7/11 | K | | |
| 185. SUNTRUST BANK ATLANTA CD (TRUST 1) | A | Interest | K | T | Buy | 12/14/11 | K | | |
| 186. WELLS FARGO & CO FIX FIT NT (TRUST 1) | A | Interest | J | T | Buy | 5/19/11 | J | | |
| 187. SUNTRUST MONEY MARKET A/C (TRUST 1) | A | Interest | M | T | Open | 10/21/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. CITIGROUP FDG INC MED TERM SR (TRUST 2) | A | Interest | K | T | Buy | 12/22/11 | K | | |
| 189. SUNTRUST BK ATLANTA GA CD (TRUST 2) | A | Interest | K | T | Buy | 12/22/11 | K | | |
| 190. SUNTRUST MONEY MARKET A/C (TRUST 2) | A | Interest | M | T | Open | 10/21/11 | M | | |
| 191. SUNTRUST MONEY MARKET A/C (TRUST 3) | B | Interest | L | T | Open | 1/4/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **JOHN E. JONES III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544